# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARTIN KERBER,

    Plaintiff,

vs.

COUNTY OF CLARK, et al.,

    Defendants.

Case No. 2:11-CV-01794-JCM-(VCF)

**ORDER**

    Plaintiff, who is a prisoner in custody at the Clark County Detention Center, <u>see</u> 28 U.S.C. § 1915(h), has submitted an application to proceed <u>in forma pauperis</u> (#1) and a civil rights complaint pursuant to 42 U.S.C. § 1983. The court dismisses this action because plaintiff did not include with his application (#1) a financial certificate and a copy of his inmate account statement, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

    IT IS THEREFORE ORDERED that the application to proceed <u>in forma pauperis</u> (#1) is **DENIED** without prejudice.

    IT IS FURTHER ORDERED that the clerk of the court shall send plaintiff a blank form for an application to proceed <u>in forma pauperis</u> for incarcerated litigants and a blank civil rights complaint form with instructions.

///

///

///

///

-2-

1    IT IS FURTHER ORDERED that this action is **DISMISSED** without prejudice to plaintiff's
2 commencement of a new action in which he either pays the filing fee in full or submits a complete
3 application to proceed in forma pauperis, accompanied by a signed financial certificate and a
4 statement of his inmate account.  The clerk of the court shall enter judgment accordingly.
5    DATED: November 10, 2011.

_____
JAMES C. MAHAN
United States District Judge