# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARTIN KERBER,

    Plaintiff,

vs.

COUNTY OF CLARK, et al.,

    Defendants.

Case No. 2:11-CV-01794-JCM-(VCF)

**ORDER**

    Plaintiff has submitted a motion for the appointment of counsel (#4) and a motion for evidentiary hearing (#5). The court denies these motions because the court dismissed this action and entered final judgment more than ten months ago.

    IT IS THEREFORE ORDERED that the motion for appointment of counsel (#4) is **DENIED**.

    IT IS FURTHER ORDERED that the motion for evidentiary hearing (#5) is **DENIED**.

    DATED: May 16, 2013.

                                                  JAMES C. MAHAN
                                                United States District Judge