1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

8
9    MARTIN KERBER,

10         Plaintiff,                          Case No. 2:11-CV-01794-JCM-(VCF)

11    vs.                                       **ORDER**

12    COUNTY OF CLARK, et al.,

13         Defendants.

14
15         Plaintiff has submitted a motion for the appointment of counsel (#4) and a motion for

16    evidentiary hearing (#5).  The court denies these motions because the court dismissed this action

17    and entered final judgment more than ten months ago.

18         IT IS THEREFORE ORDERED that the motion for appointment of counsel (#4) is

19    **DENIED**.

20         IT IS FURTHER ORDERED that the motion for evidentiary hearing (#5) is **DENIED**.

21         DATED:  May 16, 2013.

22
23
24                                              JAMES C. MAHAN
                                                United States District Judge
25
26
27
28